United States District Court
Southern District of Texas
**ENTERED**
June 06, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LARRY MOLINA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:15-CV-00414 |
| | § | |
| ALLSTATE TEXAS LLOYDS, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the parties' Agreed Stipulation of Dismissal with Prejudice (D.E. 19), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 6th day of June, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE